WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> VEGAS PROPERTY SERVICES, INC., a Nevada corporation; and OPULENCE CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No.: 2:17-cv-01798-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT VEGAS PROPERTY SERVICES, INC.'S MOTION TO DISMISS [ECF NO. 7]** |

COME NOW Plaintiff, Federal National Mortgage Association ("Fannie Mae" or "Plaintiff"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Christina V. Miller, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Vegas Property Services, Inc. ("Defendant"), by and through its attorney of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and hereby stipulate and agree as follows:

WHEREAS on June 29, 2017, Plaintiff filed a Complaint against Defendant and Opulence Condominium Association (the "HOA") seeking quiet title and declaratory relief concerning the real property located at 5415 W. Harmon Ave., #2114, Las Vegas, Nevada 89103, purportedly sold at a non-judicial foreclosure sale on March 26, 2016, to Defendant in satisfaction the HOA's lien for unpaid assessments.

1    WHEREAS on August 18, 2017, Defendant filed a Motion to Dismiss [ECF No. 7].

2    WHEREAS the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss

3    is currently set for September 1, 2017.

4    WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED

5    that the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss should be

6    extended to September 15, 2017.

7    DATED this 28th day of August, 2017.              DATED this 28th day of August, 2017.

8    WRIGHT, FINLAY & ZAK, LLP                         THE WRIGHT LAW GROUP, P.C.

9    */s/ Christina V. Miller*                         */s/ John Henry Wright*
10   Dana Jonathon Nitz, Esq.                          John Henry Wright, Esq.
     Nevada Bar No. 0050                               Nevada Bar No. 6182
11   Christina V. Miller, Esq.                         2340 Paseo Del Prado, Suite D-305
     Nevada Bar No. 12448                              Las Vegas, NV 89102
12   7785 W. Sahara Ave., Suite 200                    *Attorneys for Defendant,*
     Las Vegas, NV 89117                               *Vegas Property Services, Inc.*
13   *Attorneys for Plaintiff,*
14   *Federal National Mortgage Association*

15

16          **IT IS SO ORDERED.**

17           Dated: August 29, 2017.

18

19

20

21                                                     _____
22                                                     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Page 2 of 2