# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC. and OPULENCE CONDOMINIUM ASSOCIATION,<br><br>Defendants | Case No.: 2:17-cv-01798-APG-PAL<br><br>**Order for Status Report** |

On October 25, 2018, I granted summary judgment in favor of plaintiff Federal National Mortgage Association on its quiet title/declaratory relief claim based on the federal foreclosure bar. ECF No. 59. Since then, the parties have acted as if the case is over. However, several claims remain pending that have not been adjudicated, settled, or dismissed. FNMA has asserted an unjust enrichment claim against both defendants and numerous monetary damages claims against defendant Opulence Condominium Association. *See* ECF No. 32.

IT IS THEREFORE ORDERED that on or before March 29, 2019, the parties shall file a joint status report regarding the status of, and their intentions regarding, the remaining claims.

DATED this 5th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE