# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC. and OPULENCE CONDOMINIUM ASSOCIATION,<br><br>Defendants | Case No.: 2:17-cv-01798-APG-PAL<br><br>**Order for Corrected Image of Status Report** |

The parties filed a status report (ECF No. 73) that cuts off mid-sentence on page 2. The parties are directed to file a corrected image of this report.

IT IS ORDERED that the parties shall file a corrected image of their status report (ECF No. 73) on or before Friday April 5, 2019.

DATED this 1st day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE