# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC., et al.,<br><br>    Defendants | Case No.: 2:17-cv-01798-APG-BNW<br><br>**Order for Status Report** |

Plaintiff Federal National Mortgage Association and Vegas Property Services, Inc. advised the Court that they would prepare and file a stipulation within 10 days of their April 5, 2019 status report. ECF No. 76. No stipulation has been filed. Nor has the plaintiff taken any further steps to adjudicate its claims against defendant Opulence Condominium Association.

IT IS THEREFORE ORDERED that on or before June 24, 2019, the parties shall file either a stipulation to dismiss or a status report regarding the remaining claims and defendants.

DATED this 31st day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE