# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No.: 2:17-cv-01798-APG-BNW |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| VEGAS PROPERTY SERVICES, INC., et al., | |
| Defendants | |

On June 24, 2019, Federal National Mortgage Association advised the court that it circulated a stipulation to dismiss its remaining claims as moot and that it expected to hear from Vegas Property Services, Inc. within a week regarding that stipulation. ECF No. 79. Several weeks have passed without a stipulation of dismissal.

IT IS THEREFORE ORDERED that on or before July 31, 2019, the parties shall file either a stipulation of dismissal or a joint status report.

DATED this 19th day of July, 2019.

                                                           ANDREW P. GORDON
                                                           UNITED STATES DISTRICT JUDGE